# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>JAVANI COMPANY LLC, a California Limited Liability Company; JAVAN CORPORATION, a California Corporation; and Does 1-10,<br><br>Defendants. | Case: 2:17-cv-00309-MCE-AC<br><br>**ORDER OF DISMISSAL** |

In accordance with the parties' stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing, this action is hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: August 14, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE